UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VILLALOBOS, | ) Case No. EDCV 13-2373-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| MARTIN D. BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 29, 2016

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE